[No. 34995-7-II.   Division Two.   April 22, 2008.]

LINDA EASTWOOD, *Respondent*, v. HORSE HARBOR FOUNDATION, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 04-2-01561-0, Theodore F. Spearman, J., entered May 19, 2006. *Reversed* by unpublished opinion per Houghton, C.J., concurred in by Armstrong and Van Deren, JJ.

[No. 35504-3-II.   Division Two.   April 22, 2008.]

THE ESTATE OF EVELYN C. JOHANNES, *Respondent*, v. JAMES JOHANNES ET AL., *Appellants*, GERALD JOHANNES, *Individually and as Personal Representative, Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 04-2-10194-3, Frederick B. Hayes, J. Pro Tem., entered September 26, 2006. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Penoyar, JJ.

[No. 35651-1-II.   Division Two.   April 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. WINN ROBERT GRIFFEE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 06-1-00834-1, Robert A. Lewis, J., entered December 4, 2006. *Affirmed in part* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J.; Quinn-Brintnall, J., concurring in the result only.